AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Andrew BUCHANAN<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| | Case No.<br><br>2:22-MJ-34 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of     March 15, 2022     in the county of     LAKE     in the

Northern     District of     Indiana     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Schedule I Controlled Substance |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_Erik Kocinski_
*Complainant's signature*

ATF S.A. Erik Kocinski
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by email transmission and telephonic confirmation.

Date:     3/23/22

s/John E. Martin
*Judge's signature*

City and state:     Hammond, Indiana

John E. Martin, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF FEDERAL COMPLAINT:**

I, Erik Kocinski, being first duly sworn, hereby depose and state as follows:

**BACKGROUND AND PURPOSE**

1.      The information contained in this affidavit is based upon my firsthand knowledge and the information provided by other law enforcement officers and witnesses. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since March of 2015.  I have attended the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training in investigating violations of the Federal firearm, arson and explosive laws. During said employment, I have conducted investigations into the unlawful use, possession and transfer of firearms; the distribution and possession with intent to distribute controlled substances; money laundering related to these offenses; and conspiracies associated with firearms, controlled substance, and money laundering offenses, in violation of Title 18 United States Code, Sections 922, 924, 1956 and 1957, and Title 21 United States Code, Sections 841 (a) (1), and 846. To successfully conduct these investigations, I have utilized a variety of investigative techniques and resources, including physical and electronic surveillance and various types of informants and cooperating sources.  Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become familiar not only with firearms violations, but also with the methods used by persons committing related offenses, such as drug traffickers, to smuggle and safeguard controlled substances, to distribute controlled substances, and to collect, launder, hide, disguise or conceal related proceeds.  I am familiar with methods employed by large narcotics organizations and the tactics they routinely use to attempt to thwart any investigation of their

narcotics organizations.  My knowledge of these tactics, which includes the utilization of cellular telephones, counter surveillance, smuggling schemes, false or fictitious identities, coded communications and conversations and the use of firearms to ensure facilitation of the illegal activity, has been particularly useful and relevant to this investigation.  Prior to joining the ATF, I was an Indiana State Trooper for three (3) years.

2.      Your affiant has participated in federal criminal investigations involving the federal firearms and narcotics laws, including the illegal possession, transportation, distribution, and use of controlled substances, as well as the criminal possession, use, and trafficking of firearms and explosives.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents/officers and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not contain each and every fact known to me.

4.      Based on my training and experience and the facts as set forth in this affidavit, I believe there is sufficient probable cause to issue a criminal complaint for Andrew BUCHANAN related to violations of Title 18 U.S.C. Section 922(g)(1), Prohibited Person – Felon in Possession of a Firearm and Title 21 U.S.C. Section 841(a)(1) – Possession with Intent to Distribute a Controlled Substance.

5.      I respectfully request the issuance of an arrest warrant and complaint for BUCHANAN.

## SUMMARY OF PROBABLE CAUSE

6.      On March 15, 2022, at approximately 10:59am, Munster Police Officer Alex Reillo attempted to conduct a traffic stop on a particular vehicle near the 227mm of I 65 southbound, Demotte, Indiana.

7.      Officer Reillo activated his emergency lights to initiate a traffic stop on the vehicle. The vehicle entered the right shoulder and came to a complete stop. Officer Reillo exited his vehicle, and he approached the rear passenger's side door, the vehicle then quickly accelerated and fled from the traffic stop. After a pursuit of the vehicle, the vehicle crashed. BUCHANAN exited the vehicle and fled on foot to a nearby residential area. Officer Reillo located BUCHANAN near a residence and took BUCHANAN into custody without incident.

8.      Officer Reillo returned to the vehicle and conducted an inventory search. During the search officers realized the VIN stickers on the vehicle appeared to be tampered with.  Upon further inspection it was realized they were fictitious and covering the original VIN plates.  A records check on the authentic VIN numbers revealed the vehicle was reported stolen out of Chicago, Illinois.

9.      During the remainder of the inventory search, located inside the vehicle were two backpacks, one green and black and another brown and black. The green and black backpack was located on the rear passenger's side floor and contained an Anderson Manufacturing, Model AM-15 Rifle, Multi Caliber, bearing serial number 21030771. The brown and black back bag contained approximately two (2) pounds of marijuana that was located inside along with two black Glock handguns, (Glock, Model 21, .45 caliber, s/n: Obliterated and a Glock, Model 31, .357 caliber, s/n: Obliterated), loose unspent ammunition, and firearm magazines. Also located

inside the vehicle were two debit/credit cards with BUCHANAN's name on them.

10. Officer Reillo confirmed the identity of Andrew BUCHANAN with a date of birth of 10/29/1987 in local law enforcement records. A criminal history query revealed that BUCHANAN is a convicted felon for possession of a controlled substance through Cook County Circuit Court, Illinois, Court Case #2013CR173490.

11. On March 16, 2022, ATF Special Agent (S/A) Erik Kocinski and ATF Task Force (TFO) Officer Alfonzo Randle attempted to interview BUCHANAN. S/A Kocinski read BUCHANAN his Miranda Rights at which time BUCHANAN asked for his lawyer.

12. The recovered firearms, both Glocks and Anderson Manufacturing rifle, were not made in the state of Indiana and therefore traveled in interstate commerce. All of these events occurred within the Northern District of Indiana.

13. This complaint is being considered electronically via telephone or other reliable electronic means, in accordance with Federal Rules of Criminal Procedure 41(d)(3) and 4.1. Furthermore, this affidavit has been electronically transmitted verbatim to the judge.

## CONCLUSION

14.    On the basis of the information contained within this affidavit, I submit that the facts contained herein are sufficient to establish probable cause to believe that on March 15, 2022, in the Northern District of Indiana, Andrew BUCHANAN did knowingly possess a firearm while knowing he had been convicted of a crime that carried a maximum possible term of imprisonment exceeding one year, and that firearm travelled in and affected interstate commerce, and Andrew Buchanan did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

FURTHER AFFIANT SAYETH NOT.

_Erik Kocinski_
_____
Erik Kocinski
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

This affidavit and accompanying warrant have been transmitted to me electronically and the affiant has verbally attested to the truth and accuracy of the contents via telephone this 23rd day of March, 2022.

s/John E. Martin
_____
HONORABLE JOHN E. MARTIN
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF INDIANA